June 4, 1915.) Action by Margaret Lane, as administratrix, against the Lion Brewery of New York City. A. P. Fitch, of New York City, for appellant. C. J. Earley, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

CLARKE and SCOTT, JJ., dissent, on ground that there is no evidence of freedom from contributory negligence. Order filed.

LATINER v. WONDERLAND AMUSEMENT CO. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Bernard Latiner against the Wonderland Amusement Company. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 161 App. Div. 554, 146 N. Y. Supp. 779; 153 N. Y. Supp. 1124.

LATINER, Respondent, v. WONDERLAND AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Bernard Latiner against the Wonderland Amusement Company. J. Wilzin, of New York City, for appellant. E. I. Yuells, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 153 N. Y. Supp. 1124.

LAUFER, Respondent, v. BLACKWELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Edward Laufer against Louis E. Blackwell.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs.

LAUTZ, Respondent, v. SPRAGUE, Appellent, et al. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Amelia K. Lautz, individually, etc., against Henry Ware Sprague, as trustee, etc., impleaded with others.

PER CURIAM. Judgment affirmed, with costs to each party appearing upon this appeal by separate brief, payable out of the corpus of the fund. Held that, under testator's will, his widow was entitled to receive from the net income of the trust estate an annuity of $12,000, and, if such income in any year should be insufficient to yield such annuity, then the trustees were authorized to temporarily borrow and take from the principal of the trust estate sufficient thereof to make up any such deficiency, subject, however, to restoration of said principal from surplus income as the same may accrue.

L. BLACK CO. Respondent, v. LONDON GUARANTY & ACCIDENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by the L. Black Company against the London Guaranty & Accident Company. No opinion. Order affirmed, with costs. See, also, 144 N. Y. Supp. 424.

In re LEDER. (Supreme Court, Appellate Division, First Department. May 28, 1915.) In the matter of Benjamin Leder. No opinion. Referred to Hon. Roger A. Pryor, official referee. Settle order on notice. See, also, 152 N. Y. Supp. 1122.

LEDERER, Appellant, v. FIELD & FANCY PUB. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Alison M. Lederer against the Field & Fancy Publishing Company. No opinion. Judgment unanimously affirmed, with costs. See, also, 152 N. Y. Supp. 1122.

LEFSTEIN & ROSENFELD CO., Appellant, v. HUNT, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by the Lefstein & Rosenfeld Company against Henry J. Hunt. No opinion. Motion for reargument (152 N. Y. Supp. 1122) denied, without costs.

LENTSCH, Respondent, v. INTERNATIONAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Joseph A. Lentsch against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the assumption of the court in charging the jury that the car was in sight, but not within the radius of safety, is not warranted by the testimony actually given by the plaintiff, and that the exception to the charge presents reversible error.

ROBSON, J., dissents.

LEVENGSTON, Respondent, v. LAMB PUB. CO., et al. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Henry M. Levengston against the Lamb Publishing Company and another. G. E. Joseph, of New York City, for appellant. W. W. Westall, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVEY, Respondent, v. LEVEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Warrena D. Levey against Clarence D. Levey. No opinion. Motion denied, without costs. See, also, 152 N. Y. Supp. 1123; 153 N. Y. Supp. 1124, 1125.

LEVEY, Respondent, v. LEVEY, Appellant. (Supreme Court, Appellate Division, Second De-